THE STATE OF NEW JERSEY, PLAINTIFF IN ERROR, v. WALTER SCOTT, DEFENDANT IN ERROR.

Argued June 20, 21, 1916—Decided December 4, 1916.

On writ of error to the Supreme Court, whose opinion is reported in 88 *N. J. L.* 551.

For the plaintiff in error, *Martin P. Devlin.*

For the defendant in error, *William B. Mackay, Jr.*

PER CURIAM.

For the reasons contained in the opinion filed this term by Mr. Justice Minturn in the case of *State* v. *George M. Brewster, ante p.* 658, the judgment of the Supreme Court will be reversed and the judgment of conviction of the defendant in the Mercer Sessions will be affirmed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.